IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIE COACHMAN, JR.,           )
                                )
    Plaintiff,                  )
                                )
                                )    CIVIL ACTION NO.
    v.                          )      2:10cv711-MHT
                                )           (WO)
HYUNDAI MOTOR                   )
MANUFACTURING ALABAMA,          )
LLC, a foreign limited          )
liability corporation,          )
                                )
    Defendant.                  )
```

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant's objection (doc. no. 14) is overruled.

(2) The recommendation of the magistrate judge (doc. no. 13) is adopted.

(3) Defendant's alternative motion for summary judgment (doc. no. 7) is denied.

It is further ORDERED that defendant's motion to dismiss (doc. no. 7) is denied.

It is further ORDERED that this cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 31st day of January, 2011.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**