IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIE COACHMAN, JR., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:10cv711-MHT |
| ) | |
| HYUNDAI MOTOR ) | |
| MANUFACTURING ALABAMA, ) | |
| LLC, a foreign limited ) | |
| liability corporation, ) | |
| ) | |
|    Defendant. ) | |

### ORDER

Upon an independent and de novo review of the file in this case, it is ORDERED that the magistrate judge's recommendation (doc. no. 43) is adopted and the defendant's motion to dismiss (doc. no. 41) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 29th day of June, 2011.

                          /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE