IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIE COACHMAN, JR.,          )<br>                               )<br>    Plaintiff,               )<br>                               )<br>    v.                         )<br>                               )<br>                               )<br>HYUNDAI MOTOR                  )<br>MANUFACTURING ALABAMA,         )<br>LLC, a foreign limited         )<br>liability corporation,         )<br>                               )<br>    Defendant.                 ) | CIVIL ACTION NO.<br>  2:10cv711-MHT<br>       (WO) |

OPINION

Plaintiff filed this lawsuit asserting claims under the American with Disabilities Act, 42 U.S.C. §§ 12101-12117. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted.  There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of March, 2012.


                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**